Lisa T. Belenky (CA Bar No. 203225)
CENTER FOR BIOLOGICAL DIVERSITY
351 California Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 436-9682 x 307
Facsimile: (415) 436-9683
Email: lbelenky@biologicaldiversity.org

Michael Senatore, *pro hac vice*
CENTER FOR BIOLOGICAL DIVERSITY
1601 Connecticut Ave. N.W., Suite 701
Washington, D.C. 20009-1056
Telephone: 202-232-1216
Facsimile: 202-232-1217
Email: msenatore@biologicaldiversity.org

Attorneys for Plaintiffs Center for Biological Diversity and Desert Survivors

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and DESERT SURVIVORS,<br><br>   Plaintiffs,<br><br>   vs.<br><br>U.S. BUREAU OF LAND MANAGEMENT, DIRK KEMPTHORNE, Secretary of the Interior, DEPARTMENT OF THE ARMY, and Brigadier General Dana J.H. Pittard in his official capacity as the Commanding General for the Department of the Army's National Training Center and Fort Irwin.<br><br>   Defendants. | Case No. CV 08-03176 -SI<br><br>**JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, TRANSFER VENUE; AND [PROPOSED] ORDER**<br><br>Hearing Date: October 10, 2008<br>Time:            9:00 am<br>Courtroom:   10, 19th Floor<br>Judge:          Hon. Susan Illston |

JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, TRANSFER VENUE
Case No. CV 08-03176-SI                                                                                                    1

WHEREAS Defendants' Motion to Dismiss, or in the Alternative Transfer Venue is now scheduled to be heard on October 10, 2008; and

WHEREAS Plaintiffs' counsel both have a previously scheduled organizational meeting in Arizona on that date.

THEREFORE the Parties jointly request that the pending hearing date for Defendants' Motion to Dismiss, or in the Alternative Transfer Venue be continued to November 21, 2008. Accordingly, Plaintiffs' response to the motion will be due October 31, 2008 and Defendants' reply will be due November 7, 2008.

DATED: September 18, 2008

/s/ Lisa T. Belenky
Lisa T. Belenky (CA Bar No. 203225)
CENTER FOR BIOLOGICAL DIVERSITY
351 California, Suite 600
San Francisco, CA 94104
Telephone: (415) 436-9682 x 307
Facsimile: (415) 436-9683
Email: lbelenky@biologicaldiversity.org

Michael Senatore, *pro hac vice*
CENTER FOR BIOLOGICAL DIVERSITY
1601 Connecticut Ave. N.W., Suite 701
Washington, D.C. 20009-1056
Telephone: 202-232-1216
Facsimile: 202-232-1217
Email: msenatore@biologicaldiversity.org

Attorneys for Plaintiffs Center for Biological Diversity and Desert Survivors

Assistant Attorney General
Environment & Natural Resources Division
JEAN E. WILLIAMS, Chief

DATED: September 18, 2008

/s/ Lisa L. Russell
LISA L. RUSSELL, Assistant Chief
ROBERT P. WILLIAMS, Trial Attorney (SBN 474730 (DC))
U.S. Department of Justice
Environment & Natural Resources Division

JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, TRANSFER VENUE
Case No. CV 08-03176-SI

2

Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0206
Facsimile: (202) 305-0275

Attorneys for Federal Defendants

### [PROPOSED] ORDER

GOOD CAUSE APPEARING, the hearing on Defendants' Motion to Dismiss, or in the Alternative Transfer Venue is continued to November 21, 2008 at 9:00 a.m. The initial case management conference is continued to 11/21/08 @ 2 p.m.

IT IS SO ORDERED.

DATED: _____     _____
                                                                    *Susan Illston*
                                    HONORABLE SUSAN ILLSTON
                                    UNITED STATES DISTRICT JUDGE

JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, TRANSFER VENUE
Case No. CV 08-03176-SI

3